JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 495 -- IN RE CENTRAL STATES, SOUTHEAST AND SOUTHWEST PENSION FUND "WITHDRAWAL LIABILITY" LITIGATION

| Date | Ref. | Pleading Description |
|---|---|---|
| 81/12/14 | 1 | MOTION, BRIEF, SCHEDULE, EXHIBIT A and CERT. OF SERVICE -- Witte Transportation Co., et al. NO SUGGESTED TRANSFEREE DISTRICT OR JUDGE (cds) |
| 81/12/24 | | APPEARANCE -- Lester M. Bridgeman for Johnson Motor Lines, Inc., et al.; Harris Weinstein for Transport Motor Express, Inc., et al.; Roger J. McFadden for Avnet, Inc. (emh) |
| 81/12/24 | | APPEARANCE -- Robert L. Hobbins for Witte Transportation Co., et al. (emh) |
| 81/12/24 | 2 | RESPONSE -- Avnet, Inc. -- w/cert. of service (cds) |
| 81/12/29 | 3 | RESPONSE, BRIEF, CERT. OF SVC. -- Johnson Motor Lines, Inc. and Republic Industries, Inc. (eaf) |
| 81/12/29 | 4 | RESPONSE, MEMORANDUM, CERT. OF SERVICE -- Transport Motor Express, E. W. Bohren Transport, Inc. and Essex Group, Inc. (cds) |
| 81/12/30 | | APPEARANCE -- James L. Coghlan, Esq. for Central States, Southeast and Southwest Areas Pension Fund (ds) |
| 81/12/31 | 5 | RESPONSE -- defts. Central States Southeast and Southwest Areas Pension Fund w/cert. of svc. (ds) |
| 82/01/04 | 6 | REPLY BRIEF -- Witte Transportation Co., et al. w/exhibit 1 and 2 and cert. of svc. (ds) |
| 82/01/22 | | HEARING ORDER: Setting Motion of Witte Transportation Co. to transfer actions to a single district for Panel Hearing on February 25, 1982 in Washington, D.C. (emh) |
| 82/02/19 | 7 | RESPONSE -- Central States, Southeast & Southwest Areas Pension Fund -- w/cert. of svc. (emh) |
| 82/02/22 | 8 | REQUEST FOR PERMISSION TO FILE AMENDED MOTION -- Witte Transportation Co. -- GRANTED (emh) |
| 82/02/22 | 9 | AMENDED MOTION -- to include B-5 thru B-8 for coordinated or consolidated pretrial proceedings -- Witte Transportation Co. -- w/Schedule and cert. of svc. (emh) |
| 82/02/22 | 8 | REQUEST FOR PERMISSION TO FILE AMENDED MOTION -- Witte Trans. Co. Contains REQUEST FOR POSTPONEMENT OF 2/25/82 PANEL HEARING -- REQUEST TO POSTPONE HEARING -- DENIED on 2/23/82 Counsel Notified. AMENDED MOTION BEING BRIEFED. (rew) |

JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. _____ -- _____

| DATE | REF. | Pleading Description |
|---|---|---|
| 82/02/23 | | HEARING APPEARANCES -- ROBERT L. HOBBINS, ESQ. for Witte Transportation Co., et al.; ROBERT G. CHRISTENSON, ESQ. for Central States, Southeast and Southwest Areas Pension Fund; HARRIS WEINSTEIN, ESQ. for Transport Motor Express, Inc., et al.; LOUIS T. URBANCZYK, ESQ. for Johnson Motor Lines, Inc., et al. (ds) |
| 82/02/23 | | WAIVER --Anvet, Inc. (ds) |
| 82/03/08 | | ORDER DENYING TRANSFER of litigation pursuant to 28 U.S.C. §1407. Notified involved clerks, judges & counsel.(eaf) |

JPML Form 1

Revised: 8/78

DOCKET NO. 495 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND "WITHDRAWAL LIABILITY" LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| 2/25/82 | 3/8/82 | MO (denial) | | | | |

Special Transferee Information

DATE CLOSED: 3/8/82

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 495 -- IN RE CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND "WITHDRAWAL LIABILITY" LITIGATION

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Witte Transportation Company, et al. v. Central States, Southeast and Southwest Areas Pension Fund, et al. | D.Minn. Lord | 4-81-472 | | | | |
| A-2 | Johnson Motor Lines, Inc., et al. v. Central States, Southeast and Southwest Areas Pension Fund | N.D.Ill. Bua | 81-C-3703 | | | | |
| A-3 | Transport Motor Express, Inc., et al. v. Central States, Southeast and Southwest Areas Pension Fund | N.D.Ill. Flaum | 81-C-4535 | | | | |
| A-4 | Avnet, Inc. v. Central States, Southeast and Southwest Areas Pension Fund | N.D.Ill. Aspen | 81-C-6132 | | | | |
| B-5 | International Multifoods Co. v. Central States, Southeast & Southwest Areas Pension Fund, et al. | N.D.Ill. McGarr | 81-C-6927 | | | | |
| B-6 | 4-D Builders Supply, Inc. v. Central States, Southeast & Southwest Areas Pension Fund, et al. | E.D.Mich Harvey | 81-10211 | | | | |
| B-7 | Robertson's Linen Service, Inc. v. Central States, Southeast & Southwest Areas Pension Fund | E.D.Mich Cook | 81-74350 | | | | |
| B-8 | Shull Truck Line Co., Inc. v. Central States, Southeast & Southwest Areas Pension Fund | W.D.Tenn Wellford | 81-1184 | | | | |

JPML Form 4

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 495 -- In re Central States, Southeast and Southwest Areas Pension Fund "Withdrawal Liability" Litigation

---

WITTE TRANSPORTATION CO., ET AL. (A-1)

Robert L. Hobbins, Esquire
Dorsey, Windhorst, Hannaford, Whitney
   & Halladay
2200 First Bank Place East
Minneapolis, Minnesota   55402

JOHNSON MOTOR LINES, INC., ET AL. (A-2)
Lester M. Bridgeman, Esquire
1750 New York Avenue, N.W.
Washington, D.C.   20006

AFTER DECEMBER 30, 1981
Lester M. Bridgeman, Esq.
304 Capital Gallery East
600 Maryland Avenue, S.W.
Washington, D.C.   20024

TRANSPORT MOTOR EXPRESS, INC., ET AL. (A-3)
Harris Weinstein, Esquire
Covington & Burling
1201 Pennsylvania Avenue, N.W.
P. O. Box 7566
Washington, D.C.   20044

AVNET, INC. (A-4)
Roger J. McFadden, Esquire
Hubachek & Kelly Ltd.
3100 Prudential Plaza
Chicago, Illinois   60601

---

CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND, ET AL.
James L. Coghlan, Esquire
Coghlan, Joyce and Nellis
One North LaSalle Street  ✓
Suite 4000
Chicago, Illinois 60602

INTERNATIONAL MULTIFOODS CO. (B-5)
Christopher G. Walsh, Esq.
Rothschild, Barry & Myers
Two First National Plaza
Chicago, Illinois   60603

4-D BUILDERS SUPPLY, INC. (B-6)
Richard S. Soble, Esq.
Honigman, Miller, Schwartz
   & Cohen
2290 First National Building
Detroit, Michigan   48226

ROBERTSON's LINEN SERVICE, INC. (B-7)
Costanzo Z. Lijoi, Esq.
Bellanca, Beattis, DeLisle
   & Suchy
20480 Venier Road
Harper Woods, Michigan   48225

SHULL TRUCK LINES CO., INC. (B-8)
Michael Miller, Esquire
Gracey, Madden, Cowan & Bird
300 James Robertson Parkway
Nashville, Tennessee   37201

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 495 -- IN RE CENTRAL STATES, SOUTHEAST AND SOUTHWEST AREAS PENSION FUND "WITHDRAWAL LIABILITY" LITIGATION

| Name of Party | Named as Party in Following Actions |
|---|---|
| Central States, etc. | A-1, A-2, A-3, A-4 |
| Loran W. Robbins | A-1 |
| Earl L. Jennings, Jr. | A-1 |
| Marion Winstead | A-1 |
| Harold J. Yates | A-1 |
| Robert J. Baker | A-1 |
| Howard McDougall | A-1 |
| R. V. Pulliam | A-1 |
| Thomas F. O'Malley | A-1 |
|  |  |
|  |  |